1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLARE,<br><br>  Plaintiff,<br><br>v.<br><br>GOTTSCHALKS INC., a Delaware corporation, PAN PACIFIC RETAIL PROPERTIES, INC., a Maryland corporation, and DOES ONE to FIFTY, inclusive,<br><br>  Defendants. | Case No. 1:05-CV-00598-REC-SMS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Jason Clare v. Gottschalks Inc., et al.</u>, Case Number 1:05-CV-00598-REC-SMS, is dismissed with prejudice with each party to bear his or its own attorneys fees and costs.

Dated: October 27, 2005       _____/s/ ROBERT E. COYLE_____
                                              ROBERT E. COYLE
                                              UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL                              1                          1:05-CV-00598-REC-SMS

PDF created with pdfFactory trial version www.pdffactory.com